| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on February 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph Quattromini | Case No.: 19-31210<br>Chapter: 7<br>Judge: Kathryn C. Ferguson |

# ORDER REGARDING REAFFIRMATION AGREEMENT
# OF PERSONAL PROPERTY LEASE

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

**DATED: February 10, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Order Regarding Reaffirmation Agreement**
**Page 2**

The Reaffirmation Agreement between the Debtor(s) and

Santander Consumer (re: 2019 Dodge TR RAM 1500
_____

is DISAPPROVED. The Court finds that the subject of the reaffirmation agreement is a personal property lease and therefore governed by 11 U.S.C. § 365(p), not § 524. The parties may enter into a lease assumption agreement under § 365(p)(2) without need for court approval. Lessors should be guided by D.N.J. LBR 4001-2 regarding sending notices to the debtor

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                       Case No. 19-31210-KCF
Joseph Quattromini                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 1          Date Rcvd: Feb 10, 2020
                       Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
db        +Joseph Quattromini,    549 Gilford Avenue,    Toms River, NJ 08753-8234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
      Barry R. Sharer    CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      James J. Cerbone    on behalf of Debtor Joseph  Quattromini cerbonelawfirm@aol.com,
       cerbonejr83307@notify.bestcase.com
      John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 5